UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL RODRIGUEZ RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ JR.,<br><br>Respondent. | Case No. 2:25-cv-11881-ODW (MAR)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**.  Respondent is ordered to release Petitioner unless Respondent has provided Petitioner with a bond hearing under 8 U.S.C. § 1226(a) and to file a notice of compliance advising how they complied with the District Court's Order within one day.

Dated: March 17, 2026

_____

HONORABLE OTIS D. WRIGHT, II
United States District Judge